(COURT USE ONLY)

RECEIPT NO. 3007744

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Laurenthia Boswell

v.

Jeffrey Chester

Cause No. 3:13CV 700 JD

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Plaintiff

Party(s) Represented

RECEIVED 13 JUL 15 PM 12:51 U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

Prefix (check one): ☐ Mr.   ☒ Ms.   ☐ Mrs.

Last Name: Garber
First Name: Sara
Middle Name/Initial: A

Generation (Sr, Jr, etc.):

Firm Name: Jackowiak Law Offices
Street Address: 20 North Clark Street
Suite/Room No.: Suite 1700
City: Chicago
State: Illinois
Zip: 60602
Office Telephone No.: (312) 795-9595
Fax No.: (312) 795-1949
E-Mail Address: sgarber@jackowiaklaw.com, ljackowiak@jackowiaklaw.com

## EDUCATION:

College: University of Illinois   Degree: Bachelor of Science   Year Completed: 2007
Law School: University of Illinois College of Law   Year Graduated: 2010
Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Illinois | 2010 | Authorized to practice | 6303358 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Northern District of Illinois | 2010 | Admitted |
| Central District of Illinois | 2012 | Admitted |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Sara A. Garber, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: July 9, 2013

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: 7/17/13

S/Christopher A. Nuechterlein
Judge, U. S. District Court



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Sara A. Garber
Jackowiak Law Offices
20 North Clark Street
Suite 1700
Chicago, IL 60602-5115

Chicago
Thursday, June 20, 2013

Re: Sara A. Garber
Attorney No. 6303358

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Sara A. Garber was admitted to the practice of law in Illinois on 11/4/2010 is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Deputy Registrar

RT