AO 450 (Rev. 10/09)  Judgment in a Civil Action



UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

LAURENTHIA BOSWELL )
Plaintiff(s) )
V. ) Civil Action No.  3:13-cv-00700
JEFFREY CHESTER )
CITY OF SOUTH BEND, Indiana )
Defendant(s) )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff(s)  LAURENTHIA BOSWELL  recover from the defendant(s)  JEFFREY CHESTER; and CITY OF SOUTH BEND, Indiana  the amount of FIFTEEN THOUSAND DOLLARS  dollars ($ 15,000.00 ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of  0.13  %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☒ other:  Plaintiff LAURENTHIA BOSWELL has ACCEPTED the OFFER OF JUDGMENT made by defendants JEFFREY CHESTER; and CITY OF SOUTH BEND, Indiana wherein aforementioned plaintiff recovers FIFTEEN THOUSAND DOLLARS from aforementioned defendants in adjudication of plaintiff's claims. SO ENTERED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

| | |
|---|---|
| Date    November 26, 2013 | *CLERK OF COURT* |
| | s/L. Bagley, Deputy Clerk |
| | *Signature of Clerk or Deputy Clerk* |