UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| LAURENTHIA BOSWELL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 13 C 700 |
| | ) | |
| vs. | ) | Judge Jon E. DeGuilio |
| | ) | Magistrate Judge Christopher A. |
| JEFFREY CHESTER, and | ) | Nuechterlein |
| CITY OF SOUTH BEND, INDIANA | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF NO OBJECTION

    Plaintiff, through counsel, does not object to Defendants' Motion to Amend/Correct Clerk's Judgment (Dkt. 16).

                            Respectfully submitted,

                            /s/ Sara Garber
                            *Counsel for Plaintiff*

Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595

## **CERTIFICATE OF SERVICE**

      I, Sara Garber, certify that on Tuesday, January 7, 2014, this notice was filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

                              /s/ Sara Garber
                              *Counsel for Plaintiff*

Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595