AO 450 (Rev. 10/09)  Judgment in a Civil Action



UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LAURENTHIA BOSWELL ) | |
| Plaintiff(s) ) | |
| V. ) | Civil Action No.   3:13-CV-700 JD |
| JEFFREY CHESTER ) | |
| SOUTH BEND CITY OF Indiana ) | |
| Defendant(s) ) | |

## AMENDED
## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) LAURENTHIA BOSWELL  recover from the defendant(s)  JEFFREY CHESTER; and CITY OF SOUTH BEND, Indiana  the amount of FIFTEEN THOUSAND DOLLARS  dollars ($ 15,000.00 ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of .13 %, .

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☒ other:  Plaintiff LAURENTHIA BOSWELL has ACCEPTED the OFFER OF JUDGMENT made by defendants JEFFREY CHESTER; and CITY OF SOUTH BEND, Indiana. Judgment is ENTERED according to the terms of the OFFER OF JUDGMENT in their entirety. SO ENTERED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Jon E DeGuilio  on a motion for  amended judgment.

| | |
|---|---|
| Date  February 06, 2014 | *CLERK OF COURT* |
| | s/ Shirley Paulson |
| | *Signature of Clerk or Deputy Clerk* |